Case 8:21-cr-00483-PX   Document 14   Filed 12/17/21   Page 1 of 1

☑ FILED         ___ ENTERED
___ LOGGED      ___ RECEIVED

7:03 pm, Dec 17 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY   TTS          Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**  \*

v.   \*   Case No.   PX 21-cr-00483-3

\*

**Francisco Ortiz Hernandez**

\*

\* \* \* \* \* \*

## CONTRIBUTION ORDER

Although counsel has been appointed to represent the Defendant, it appears to the United States Magistrate Judge the Defendant may have sufficient resources to contribute financially toward the payment of counsel fees.

It is therefore required that court-appointed counsel as well as counsel for the government bring this matter to the attention of the judicial officer at the time of conviction or acquittal. The judicial officer may request the Probation Department investigate the Defendant's financial resources and recommend whether the Defendant should be required to pay any sum as a result of services rendered by court-appointed counsel pursuant to the provisions of 18 U.S.C. § 3006A(f).

| | |
|---|---|
| _December 17, 2021_ | **Charles B. Day** _Digitally signed by Charles B. Day_ _Date: 2021.12.17 17:25:03 -05'00'_ |
| Date | Charles B. Day |
| | United States Magistrate Judge |