# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| PEREZ-LORENZANA, et al., | Criminal Action No. PX-21-0483 |
| Defendants. | |

## PRETRIAL SCHEDULING ORDER

For the reasons stated on today's conference call, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| December 6, 2022 | Defendant to supplement/add motions to suppress and other pretrial motions |
| December 27, 2022 | Government's Omnibus Response |
| January 3, 2023 at 9:30 a.m. | Motions Hearing |
| February 3, 2023 | Motions *in Limine* due |
| February 17, 2023 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov  (Government responsible for filing; Defendants to indicate proposed changes in redline format.)  Government to provide Jencks and Giglio to Defendant |
| February 24, 2023 at 3:00 p.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| March 20, 2023 | Trial begins.  Expected length:  2 weeks (Monday – Friday) |

Dated: March 31, 2022

_____/S/_____
Paula Xinis
United States District Judge